**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 592 MAL 2022
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
JOHN DAVID LYNN, :
:
      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 593 MAL 2022
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
JOHN DAVID LYNN, :
:
      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 594 MAL 2022
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
JOHN DAVID LYNN, :
:
      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 595 MAL 2022
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :

JOHN DAVID LYNN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 596 MAL 2022

        Respondent

               v.

Petition for Allowance of Appeal
from the Order of the Superior Court

JOHN DAVID LYNN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 597 MAL 2022

        Respondent

               v.

Petition for Allowance of Appeal
from the Order of the Superior Court

JOHN DAVID LYNN,

        Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.